Order filed August 25,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

 

                                                                   __________

 

                                             No.
11-11-00205-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                          JOHN
CLINE, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00206-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                     ROYALE
D. LEWIS, Appellee

 

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00207-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                            BARBARA
MILLER FARMER, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00208-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                             SCOTT
POWELL CLAYTON, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00209-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                           CHARLES
COULSON CANON, Appellee

 

 

 

                                                                   __________

 

                                             No.
11-11-00210-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                          WANDA
CUNNINGHAM SMITH, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00211-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                          JOE
COOLEY, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00212-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                          AUDREY
WAYNE BRUMMETT, Appellee

 

 

 

                                                                   __________

 

                                             No.
11-11-00213-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                  CLAY
DEAN COWART, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00214-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                    BRENT
R. MURPHY, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00215-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                        LANE
GRIFFIN, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00216-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                    BOBBY
RAY AVERY, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00217-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                                SHIRLEY
KIMMET DYE, Appellee

 

 

 

 

                                                                   __________

 

                                             No.
11-11-00218-CV

                                                    __________

 

                             TIMOTHY
W. BUCHANAN, Appellant

 

                                                             V.

 

                               PAULA
TURNER MILLER, Appellee

 

 



 

                                  On
Appeal from the 132nd District Court

 

                                                           Borden
County, Texas

 

                 Trial Court Cause Nos. 1176-E, 1176-F,
1176-G, 1176-H, 1176-I, 1176-J,

                    1176-K, 1176-L, 1176-M, 1176-N,
1176-O, 1176-P, 1176-Q, & 1176-R

 



 

                                                                     O
R D E R

 

            Timothy
W. Buchanan has filed in this court fourteen appeals from a final order of
dismissal and severance entered by the trial court on July 14, 2011.  In its
order, the trial court dismissed Buchanan’s claims against fourteen of the
defendants (appellees herein) sued by Buchanan because none of these fourteen
had been served with citation.  The trial court severed the claims against each
of the fourteen into a separate cause number so that the order would become
final as to each of them.  Because all of these appeals stem from the July 14
order of dismissal, we consolidate these appeals into one cause number for all
purposes.  The resulting appeal is styled and numbered:  Timothy W. Buchanan v.
John Cline et al., Cause No. 11-11-00205-CV.  

            Cause
Nos. 11-11-00206-CV, 11-11-00207-CV, 11-11-00208-CV, 11-11-00209-CV, 11-11-00210-CV,
11-11-00211-CV, 11-11-00212-CV, 11-11-00213-CV, 11-11-00214-CV, 11-11-00215-CV,
11-11-00216-CV, 11-11-00217-CV, and 11-11-00218-CV are hereby consolidated into
Cause No. 11-11-00205-CV.

 

                                                                                                PER
CURIAM

 

August 25, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.